BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Email: David.Pereda@usdoj.gov

Attorney for Federal Defendants
DAVID JENNINGS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MELTONYAN,<br><br>            Plaintiff,<br><br>v.<br><br>DAVID JENNINGS, in his Official Capacity, Sn Francisco Field Office Director, Enforcement and Customs Enforcement, et al.,<br><br>           Defendants. | CASE NO. C17-03361 WHO<br><br>**STIPULATION AND ORDER** |

1     Pursuant to Civil L.R. 7-12, the parties hereby stipulate as follows:

Procedural History

1. On July 9, 2017, Plaintiff Karen Meltonyan filed the Complaint for Declaratory and Injunction relief in this action. ECF No. 1. On the same day, Mr. Meltonyan filed a Motion for Temporary Restraining Order and Preliminary Injunction ("TRO application"). ECF No. 3. In that motion, Mr. Meltonyan sought to stay the removal of Mr. Meltonyan's spouse, Sona Stepanyan.

2. On June 12, 2017, the Court set a briefing schedule and hearing date for the TRO application. ECF No. 8. The government's response is due by noon on July 13, 2017, and the hearing is set for 4:00 p.m. on the same day.

3. Meanwhile, the parties have been meeting and conferring on the case. With those efforts, the parties are working towards a final resolution of the case.

Stay of Proceedings

4. Given the anticipated resolution of this case, the parties agree to stay all further proceedings. During the stay, no opposition to the TRO application or response to the complaint shall be due.

5. Accordingly, the parties also agree to vacate the briefing schedule and hearing date on Mr. Meltonyan's TRO application. The parties hope to be able to update the Court by June 26, 2017.

DATED: June 12, 2017                        Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

 /s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney
Attorneys for Defendants

STIPULATION AND ORDER
C17-03361 WHO

1

DATED: June 12, 2017                    VAN DER HOUT, et al.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Zachary Nightingale_
　　　　　　　　　　　　　　　　　　　　　ZACH NIGHTINGALE
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

### ORDER

Pursuant to the parties' stipulation, the Court vacates the briefing schedule and hearing date that it previously set forth in its Order at ECF No. 8. Further, the Court stays all proceedings pending the resolution of this case. During the stay, no response is due to either Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (at ECF No. 3) or to Plaintiff's Complaint (at ECF No. 1).

IT IS SO ORDERED.

Dated: June 13, 2017

　　　　　　　　　　　　　　　　　　　　　THE HONORABLE WILLIAM H. ORRICK

STIPULATION AND ORDER
C17-03361 WHO

2