Zachary Nightingale (California Bar #184501)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorney for Plaintiff
Karen MELTONYAN

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen MELTONYAN, <br><br> Plaintiff, <br><br> v. <br><br> David JENNINGS, in his Official Capacity, San Francisco Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; Thomas D. HOMAN, in his Official Capacity, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and John F. KELLY, in his Official Capacity, Secretary, U.S. Department of Homeland Security <br><br> Defendants. | Case No. <br> 3:17-cv-03361-WHO <br><br><br> **ORDER GRANTING STIPULATED MOTION TO DISMISS COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AS MOOT** <br><br> <u>Declaratory Judgment Act Case</u> |

**ORDER**

The Court, having considered the Stipulation to Dismiss Plaintiff's Complaint and Motion for Temporary Restraining Order and Preliminary Injunction as Moot, and good cause appearing, hereby ORDERS the Complaint and Motion DISMISSED AS MOOT, and the parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: August 8, 2017



William H. Orrick
United States District Judge